**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro Enrique SERRANO,**
**Defendant–Appellant.**

**No. 06–13929**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 15, 2007.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Arthur L. Wallace, III, Wallace Law Office, Pompano Beach, FL, for Defendant–Appellant.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Arthur Wallace, appointed counsel for Pedro Serrano, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Serrano's conviction and sentence is **AFFIRMED.** However, we discovered a scrivener's error in the judgment and, therefore, this case is **REMANDED** for the limited pur-